# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES CRAZE,** | : | Case No.  1:01CV1553 |
| | : | |
| Plaintiff(s), | : | **JUDGE O'MALLEY** |
| | : | |
| v. | : | **O R D E R** |
| | : | |
| **DAVID GIBBS, et al.,** | : | |
| | : | |
| Defendant(s). | : | |

The Court has been advised by counsel that this action has been settled.  Therefore it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action is hereby closed.  It shall be marked settled and dismissed, with prejudice, each party to bear its own cost.   The Court retains jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

                                                                  s/ Kathleen M. O'Malley
                                                                  **KATHLEEN McDONALD O'MALLEY**
                                                                  **UNITED STATES DISTRICT JUDGE**